ELIZABETH A. HOWARD (STATE BAR NO. 173185)
ehoward@orrick.com
DIANA RUTOWSKI (STATE BAR NO. 233878)
drutowski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     +1-650-614-7400
Facsimile:     +1 650-614-7401

Attorneys for Plaintiff
WILBUR-ELLIS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILBUR-ELLIS COMPANY,<br><br>       Plaintiff,<br><br>    v.<br><br>WILLOWOOD, LLC, WILLOWOOD USA, LLC, & WILLOWOOD CLOMAZONE, LLC<br><br>       Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Wilbur-Ellis Company ("Wilbur-Ellis") brings this action against Defendants Willowood, LLC, Willowood USA, LLC, and Willowood Clomazone, LLC (together, "Willowood").

**NATURE OF THE ACTION**

1. This is an action for copyright infringement under the copyright laws of the United States, 17 U.S.C. § 101, et seq.  Wilbur-Ellis owns a federally registered copyright in the label of its Cerano® 5 MEG herbicide product.  Willowood copied and is willfully infringing Wilbur-Ellis' copyrighted Cerano® 5 MEG label for its own generic product, Clomazone 5 MEG.

**THE PARTIES**

2. Wilbur-Ellis Company is a corporation organized and existing under the laws of the State of California, with a principal place of business at 345 California Street, 27th Floor, San Francisco, California 94104.

3. On information and belief, Willowood USA, LLC is a limited liability company organized and existing under the laws of the State of Oregon, with a principal place of business at 1600 NW Garden Valley Blvd., Suite 120, Roseburg, Oregon 97471 and corporate headquarters at 1099 E. Champlain Drive, Suite A254, Fresno, California 93720.

4. On information and belief, Willowood, LLC is a limited liability company organized and existing under the laws of the State of Oregon, with a principal place of business at 1600 NW Garden Valley Blvd., Suite 120, Roseburg, Oregon 97471.

5. On information and belief, Willowood Clomazone, LLC is a limited liability company organized and existing under the laws of the State of Oregon, with a principal place of business at 1600 NW Garden Valley Blvd., Suite 120, Roseburg, Oregon 97471.

**JURISDICTION AND VENUE**

6. The Court has subject matter jurisdiction over Wilbur-Ellis' copyright infringement claims pursuant to federal question jurisdiction, 28 U.S.C. §§ 1331, 1338, and the copyright laws of the United States, 17 U.S.C. § 101, et seq.

7. On information and belief, the Court has personal jurisdiction over Willowood LLC, Willowood USA, LLC, and Willowood Clomazone, LLC because they have committed acts

of copyright infringement in this judicial district, have systematic and continuous contacts in this judicial district, regularly transact business within this judicial district, and regularly avail themselves of the benefits of this judicial district.

8. On information and belief, Willowood, LLC registered with the Environmental Protection Agency ("EPA") and California Department of Pesticide Regulation ("CDPR") a label for the Clomazone 5 MEG product in preparation of marketing and sale of Clomazone 5 MEG throughout the United States, including in California and this judicial district.

9. On information and belief, Willowood, LLC and Willowood USA, LLC market and sell agrochemicals throughout the United States, including in California and this judicial district.

10. On information and belief, Willowood, LLC and Willowood USA, LLC are planning to market, sell, and distribute the Clomazone 5 MEG product throughout the United States, including in California and this judicial district. On information and belief, such marketing, sales, and distribution are now imminent or may already have begun.

11. On information and belief, Willowood Clomazone, LLC is involved in the development, manufacture, marketing, sale, and/or distribution of the Clomazone 5 MEG product for marketing, sale, and distribution throughout the United States, including in California and this judicial district.

12. Willowood, LLC, Willowood USA, LLC, and Willowood Clomazone, LLC infringe Wilbur-Ellis' copyrighted Cerano® 5 MEG label by using, reproducing, copying, preparing derivative works from, distributing, and/or publicly displaying the infringing Clomazone 5 MEG label throughout the United States, including in California and this judicial district.

13. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

**FACTS**

14. In the early 2000s, Wilbur-Ellis developed its Cerano® 5 MEG product, a herbicide product for agricultural use. Cerano® 5 MEG uses a herbicidal chemical compound that is supplied by FMC Corporation ("FMC") with the active ingredient clomazone. Wilbur-

Ellis formulates Cerano® 5 MEG as a granule intended for aerial application to rice crops for controlling watergrass, barnyard grass, and sprangletop. It manufactures, markets, and sells its Cerano® 5 MEG product in California.

15. To market and sell Cerano® 5 MEG, Wilbur-Ellis created a detailed product label. A true and correct copy of Wilbur-Ellis' label is attached hereto as Exhibit 1.

16. Herbicide labels, including the label for Cerano® 5 MEG, are long and complicated documents that provide extensive information concerning, *inter alia*, the product's contents, precautionary statements, proper handling instructions, safety and first-aid instructions, information regarding use, application rates, efficacy, and product use restrictions and limitations, and information concerning environmental, physical, and chemical hazards.

17. A significant investment of time, money, effort, and creativity are required to create and register herbicide product labels. Over the course of at least 3 years, Wilbur-Ellis invested well in excess of half a million dollars and significant employee time to create and register the Cerano® 5 MEG label.

18. Wilbur-Ellis registered its Cerano® 5 MEG label with the CDPR, EPA Subregistration No. 279-3269-AA-2935. This label is publicly available through Wilbur-Ellis' website and other public websites, such as Crop Data Management Systems, Inc.'s website and Agrian, Inc.'s website.

19. To protect its investment, Wilbur-Ellis registered the Cerano® 5 MEG label with the U.S. Copyright Office. The U.S. Copyright Office duly issued Registration No. TX 7-307-398 for Cerano® 5 MEG label with an effective date of March 1, 2011. A true and correct copy of Registration No. TX 7-307-398 is attached hereto as Exhibit 2.

20. On information and belief, in 2014, Willowood applied for approval to sell a generic version of Cerano® 5 MEG under the name Clomazone 5 MEG.

21. As part of the approval process, Willowood filed a product label with the EPA and CDPR, which is available through at least the EPA's publicly available website. A true and correct copy of Willowood's label, as submitted to the EPA, is attached hereto as Exhibit 3. The EPA and CDPR approved of Willowood's label, a nearly verbatim copy of Wilbur-Ellis'

1  copyrighted label, on February 25, 2014 and July 3, 2014, respectively.

2      22.    The majority of the text of Willowood's Clomazone 5 MEG label is identical or virtually identical to the label of Wilbur-Ellis' Cerano® 5 MEG label.  Attached as Exhibit 4 is a side-by-side comparison of Willowood's label, as submitted to the EPA, and of Wilbur-Ellis' copyrighted label, that shows their substantial similarities.

    23.    Willowood has distributed and is distributing copies of its infringing label, including through publicly available websites such as Crop Data Management Systems, Inc.'s website and Agrian, Inc.'s website.  A true and correct copy of Willowood's label, as distributed, is attached hereto as Exhibit 5.  Attached as Exhibit 6 is a side-by-side comparison of Willowood's label, as distributed, and of Wilbur-Ellis' copyrighted label, that shows their substantial similarities.

    24.    Willowood created the Clomazone 5 MEG label by copying Wilbur-Ellis' copyrighted Cerano® 5 MEG label.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement)

    25.    Wilbur-Ellis incorporates by reference each and every allegation in the foregoing paragraphs as though fully set forth herein.

    26.    Wilbur-Ellis owns a valid copyright in the Cerano® 5 MEG label.

    27.    Wilbur-Ellis obtained a federal copyright registration for the Cerano® 5 MEG label, Registration No. TX 7-307-398.

    28.    Willowood's Clomazone 5 MEG label is substantially similar to Wilbur-Ellis' Cerano® 5 MEG label.

    29.    Willowood copied Wilbur-Ellis' Cerano® 5 MEG label and used a substantial portion of Wilbur-Ellis' copyrighted work in Willowood's Clomazone 5 MEG label.

    30.    Willowood has used, reproduced, copied, prepared derivative works from, distributed, and/or public displayed the Clomazone 5 MEG label, including in connection with the sale and marketing of the Clomazone 5 MEG product.

    31.    Willowood's use, reproduction, copying, preparation of derivative works from,

distribution, and/or public display of the Clomazone 5 MEG label infringes Wilbur-Ellis' copyright in the Cerano® 5 MEG label under 17 U.S.C. § 501.

32. On information and belief, Willowood's copyright infringement is willful within the meaning of the Copyright Act.

33. Wilbur-Ellis has been and continues to be damaged by Willowood's copyright infringement.

34. Wilbur-Ellis has suffered and continues to suffer irreparable injury unless Willowood's copyright infringement is enjoined by the Court.

## JURY DEMAND

Wilbur-Ellis hereby requests a trial by jury, pursuant to Fed. R. Civ. P. 38(b), on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Wilbur-Ellis requests that judgment against Willowood be entered as follows:

A. Finding that Willowood has infringed Wilbur-Ellis' copyright in the Cerano® 5 MEG label;

B. Finding that such infringement by Willowood was willful and deliberate;

C. Preliminary and permanent injunctive relief against Willowood, its affiliates, subsidiaries, assigns, employees, agents, or anyone or any entity acting in privity or concert with Willowood from infringing Wilbur-Ellis' copyright in the Cerano® 5 MEG label, and ordering the recall and destruction of all infringing labels;

D. Damages adequate to compensate Wilbur-Ellis for Willowood's copyright infringement, including an accounting if necessary;

E. Wilbur-Ellis' full costs, including reasonable attorney fees pursuant to 17 U.S.C. § 505 and any and all other applicable statutes, rules, and common law; and

F. Such other relief in law or equity as the Court deem just and appropriate.

///

///

Dated: April 27, 2015

Elizabeth A. Howard
Diana M. Rutowski
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Elizabeth A. Howard*
    Elizabeth A. Howard
    Attorneys for Plaintiff
    WILBUR-ELLIS COMPANY