1  LEE TRAN & LIANG LLP
   Enoch H. Liang (SBN 212324)
2  enoch.liang@ltlattorneys.com
   Lisa J. Chin (SBN 259793)
3  lisa.chin@ltlattorneys.com
4  601 South Gateway Blvd., Suite 1010
   South San Francisco, CA 94080
5  Telephone: (650) 422-2130
   Facsimile: (213) 612-3773
6
7  Attorneys for Defendants
   WILLOWOOD, LLC, WILLOWOOD USA,
   LLC, & WILLOWOOD CLOMAZONE, LLC
8

**UNITED STATES DISTRICT COURT**

**FOR NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILBUR-ELLIS COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLOWOOD, LLC, WILLOWOOD USA, LLC, & WILLOWOOD CLOMAZONE, LLC,<br><br>  Defendants. | Case No. 3:15-cv-01885-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Joseph C. Spero |

Pursuant to Civil Local Rule 6-1(a), Defendants WILLOWOOD, LLC, WILLOWOOD USA, LLC, & WILLOWOOD CLOMAZONE, LLC ("Defendants") and Plaintiff WILBUR-ELLIS COMPANY, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff served its Complaint for Copyright Infringement ("Complaint") on Defendants on April 27, 2015;

WHEREAS, Defendants currently have until May 18, 2015 to answer or respond to the Complaint;

WHEREAS, Defendants have requested and Plaintiff has consented to an additional 30 days for Defendants to answer or respond to the Complaint;

WHEREAS, an additional 30 days for Defendants' answer or response to the Complaint will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendants shall answer or otherwise respond to the Complaint by June 17, 2015.

Dated: May 18, 2015                LEE TRAN & LIANG LLP

                                   /s/ Lisa J. Chin
                                   Enoch H. Liang
                                   Lisa J. Chin
                                   Attorneys for Defendants WILLOWOOD, LLC,
                                   WILLOWOOD USA, LLC, & WILLOWOOD
                                   CLOMAZONE, LLC

Dated: May 18, 2015                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                   /s/ Diana Rutowski
                                   Elizabeth A. Howard
                                   Diana Rutowski
                                   Attorneys for Plaintiff WILBUR-ELLIS COMPANY

ECF ATTESTATION

I, Lisa J. Chin, am the ECF user whose identification and password are being used to file the parties' Stipulation to Extend Time to Respond to Complaint. In compliance with Civil Local Rule 5.1, I hereby attest that concurrence in the filing of this document has been obtained from Diana Rutowski. I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of May 2015.

/s/ Lisa J. Chin

Lisa J. Chin

Dated: 5/19/15

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA