1  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
2  Elizabeth A. Howard (Bar No. 173185)
   ehoward@orrick.com
3  Diana Rutowski (Bar No. 233878)
   drutowski@orrick.com
4  1000 Marsh Road
   Menlo Park, California  94025
5  Telephone: (650) 614-7400
   Facsimile: (650) 614-7401

6  Attorneys for Plaintiff
7  WILBUR-ELLIS COMPANY

8  **LEE TRAN & LIANG LLP**
   Enoch H. Liang (Bar No. 212324)
9  enoch.liang@ltlattorneys.com
   601 Gateway Blvd., Suite 1010
10 South San Francisco, California 94080
   Telephone: (650) 422-2139
11 Facsimile: (213) 612-3773

12
   **WHITEFORD, TAYLOR & PRESTON LLP**
13 Barry S. Neuman (*pro hac vice*)
   bneuman@wtplaw.com
14 1800 M Street NW, Suite 450N
   Washington, DC  20036
15 Telephone: (202) 659-6800
16 Facsimile:  (202) 331-0573

17 Attorneys for Defendants
   WILLOWOOD, LLC, WILLOWOOD USA,
18 LLC, & WILLOWOOD CLOMAZONE, LLC

*IT IS SO ORDERED*
Judge Edward J. Davila
DATED: 3/2/2016

19
20            **UNITED STATES DISTRICT COURT**
21            **NORTHERN DISTRICT OF CALIFORNIA**

22 | WILBUR-ELLIS COMPANY,                    ) Case No.:  5:15-cv-01885-EJD
                                              )
23 |         Plaintiff,                       )
               v.                             )
24 |                                          ) **STIPULATION OF DISMISSAL**
     WILLOWOOD, LLC, WILLOWOOD USA,           )
25 | LLC, & WILLOWOOD CLOMAZONE, LLC,)
                                              )
26 |         Defendants.                      )
                                              )
27
28

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and 41(c), Plaintiff Wilbur-Ellis Company and defendants Willowood, LLC, Willowood USA, LLC, and Willowood Clomazone, LLC hereby dismiss all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.   The Clerk shall close this file.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 29, 2016

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Elizabeth A. Howard*
  Elizabeth A. Howard
  Attorney for Plaintiff WILBUR-ELLIS COMPANY

**LEE TRAN & LIANG LLP**

By: */s/ Enoch H. Liang*
  Enoch H. Liang
  Attorney for Defendants WILLOWOOD, LLC, WILLOWOOD USA, LLC, & WILLOWOOD CLOMAZONE, LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Elizabeth A. Howard, attest that concurrence in the filing of this STIPULATION OF DISMISSAL has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of February 2016.

  */s/ Elizabeth A. Howard*

STIPULATION OF DISMISSAL